IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FILED
FEB 1 9 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 20-40015 |
| v. | ) | |
| | ) | VIO: Title 21, United States Code, |
| DAVID ERIC FOWLER, | ) | Sections 841(a)(1), 841(b)(1)(B) |
| Defendant. | ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

On or about December 29, 2019, in Knox County, in the Central District of Illinois, the defendant,

**DAVID ERIC FOWLER,**

did knowingly and intentionally possess with intent to distribute at least 5 grams of actual methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**A TRUE BILL**

/s/ Foreperson

FOREPERSON

/s/ AUSA JLM

JOHN C. MILHISER
UNITED STATES ATTORNEY
JLM